Kevin J. Kieffer (Nevada Bar No. 7045)
TROUTMAN SANDERS LLP
kevin.kieffer@troutmansanders.com
5 Park Plaza
Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Craig R. Delk (Nevada Bar No. 2295)
CRD@thorndal.com
THORNDAL, ARMSTRONG, DELK
BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, NV 89101
Telephone: (702) 366-0622
Facsimile: (702) 366-0327

*Attorneys for Plaintiff*
*Beazley Insurance Company, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BEAZLEY INSURANCE COMPANY, INC., a Connecticut Corporation, <br><br> Plaintiff, <br> v. <br> EAGLE GROUP HOLDINGS, LLC, a Nevada Limited Liability Company, and JAY BLOOM, an individual, <br><br> Defendants. | Case No. 2:13-cv-00963 JCM-NJK <br><br> **NOTICE OF SETTLEMENT AND STIPULATION AND REQUEST FOR ORDER STAYING ACTION AND APPLICABLE DEADLINES; [PROPOSED] ORDER THEREON** <br><br> **(FIRST REQUEST)** <br><br><br> **AMENDED PAGE 2** |

1    WHEREAS, on May 31, 2013, Plaintiff Beazley Insurance Company, Inc. ("Beazley") filed the above-captioned action for declaratory and other relief against Defendant Eagle Group Holdings, LLC ("Eagle Group") and Defendant Jay Bloom ("Bloom").  This action concerns a dispute over insurance coverage under a professional liability insurance policy issued by Beazley to the Defendants (the "Policy") for the underlying lawsuit captioned *Braxton v. Eagle Group Holdings, LLC*, Case No. A-12-672783-C (Clark County, Nevada) (the "*Braxton* action").

WHEREAS, the *Braxton* action is a putative class action filed by Plaintiff Harold Braxton and others similarly situated (collectively the "Class") against Eagle Group.

WHEREAS, on August 6, 2013, the Class, Eagle Group, Bloom, and Beazley participated in a mediation of this matter with Hon. Edward A. Panelli (Ret.).

WHEREAS, the parties reached a global settlement of this action and the *Braxton* action at the August 6, 2013 mediation (the "Global Settlement").

WHEREAS, the Global Settlement is contingent upon, among other things, the *Braxton* court approving the Global Settlement and certifying the Class for settlement purposes.

WHEREAS, the parties anticipate filing a motion for preliminary approval of the Global Settlement in the *Braxton* action shortly.  Subsequently, once notice, allowance for opt outs, and other required class administration matters have been performed, the parties will seek final approval of the Global Settlement.

WHEREAS, for these reasons, good cause exists to stay this action and continue all applicable deadlines until the later of (i) the final approval of the Global Settlement by the *Braxton* court, (ii) a finding by the *Braxton* court that the Global Settlement will not be approved, or (iii) upon motion of any party for good cause.

NOW THEREFORE, BASED ON THE FOREGOING, Beazley, Eagle Group and Bloom hereby STIPULATE AND REQUEST that the Court stay this

1  action and continue all applicable deadlines until the later of (i) the final approval
2  of the Global Settlement by the *Braxton* court, (ii) a finding by the *Braxton* court
3  that the Global Settlement will not be approved, or (iii) upon motion of any party
4  for good cause. The parties shall notify the Court as soon as practicable after one of
5  these events occurs.

6
7  Dated:     August 21, 2013          Kevin J. Kieffer
8                                      TROUTMAN SANDERS LLP
9                                      Craig R. Delk
                                       THORNDAL, ARMSTRONG, DELK
                                       BALKENBUSH & EISNER
10
11
12                                     By: /s/ Kevin J. Kieffer
                                           Kevin J. Kieffer
13
                                       *Attorneys for Plaintiff*
14                                     *Beazley Insurance Company, Inc.*
15
16  Dated:     August 21, 2013          Joseph A. Gutierrez
17
18                                     MAIER GUTIERREZ AYON
19
20                                     By: /s/ Joseph A. Gutierrez
                                           Joseph A. Gutierrez
21
                                       *Attorneys for Defendants*
22                                     *Eagle Group Holdings, LLC and Jay Bloom*
23  **The parties must submit a joint status report to the Court no later than November 20, 2013.**
24  **IT IS SO ORDERED**
25       Dated this 22nd day of August 2013
26
27                                     _____
                                       U.S. Magistrate Judge
28

20562011v1                          - 2 -          NOTICE OF SETTLEMENT AND STIPULATION TO
                                                   STAY ACTION; [PROP. ORDER]